IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | | |
|---|---|---|
| DAVID M. GILL, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 3221 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| CHARLES W. SCHOLZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF WITHDRAWAL
OF REQUEST FOR ORAL ARGUMENT**

The defendants, the members of the Illinois State Board of Elections and its Executive Director, by their attorney, Lisa Madigan, Attorney General of Illinois, hereby withdraw their request for oral argument on their motion to dismiss. If the Court believes that oral argument will be helpful in deciding the motion to dismiss, the Defendants are happy to appear before the Court. Otherwise, the Defendants hereby submit their motion to dismiss on the papers.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:    */s/ Sarah H. Newman*
                                            Thomas A. Ioppolo
                                            Sarah H. Newman
                                            Assistant Attorneys General
                                            100 W. Randolph Street, 13th Floor
                                            Chicago, Illinois 60601
                                            312-814-7198 / 312-814-6131
                                            tioppolo@atg.state.il.us
                                            snewman@atg.state.il.us

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on February 27, 2017. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

*/s/ Sarah H. Newman*