IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | | |
|---|---|---|
| DAVID M. GILL, et al. , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 16 – cv – 3221 |
| | ) | |
| CHARLES W. SCHOLZ, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | |

## Unopposed Motion for One Day Extension of Time

Plaintiffs, through counsel, file their unopposed motion for extension of time to file Plaintiff's combined summary judgment response and reply brief and similarly extend the subsequent filing date, and further state as follows.

1. Plaintiffs' counsel have been paring down their response, and were ready to file their combined summary judgment response and reply brief due on September 28, 2018, but were unable to complete all edits due to technical issues.

2. Plaintiff respectfully request a one day extension to Monday October 1, 2018 to file their combined response and reply brief.

WHEREFORE, Plaintiffs, through counsel, respectfully request a one day extension of time to October 1, 2018 to file their combined summary judgment response and reply brief, and/or for any other relief that is just and appropriate.

                              Respectfully submitted,
                 By:   s/ Andrew Finko
                              One of Plaintiffs' attorneys

| | |
|---|---|
| Samuel J. Cahnman | Andrew Finko |
| Attorney at Law | 180 W. Washington St. Suite 400 |
| 915 S. Second St. | Chicago, IL 60602 |
| Springfield, IL 62704 | Tel: (773) 480-0616 |
| Tel (217) 528-0200 | Fax: (773) 453-3266 |
| Email: samcahnman@yahoo.com | Email:  Finkolaw@fastmail.fm |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | | |
|---|---|---|
| DAVID M. GILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 16 – cv – 3221 |
| | ) | |
| CHARLES W. SCHOLZ, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 28, 2018, that he electronically filed the foregoing Unopposed Motion for Extension of Time with the Clerk of the Court of the Central District using the CM/ECF system, which will send notification of such filing to all parties and counsel of record who are ECF filers.

_____s/ Andrew Finko___